STATE OF CONNECTICUT *v.* RONALD M. JACKSON

Although it appears that the defendant is represented by counsel, the motion for review of the denial by the Superior Court in New Haven County of his "Motion for Discharge of Case" has been filed pro se. That motion for review is granted, but the relief sought therein is denied.

*Ronald M. Jackson,* pro se, on the motion.

Submitted April 8—decided May 4, 1976

STATE OF CONNECTICUT *v.* BRUCE E. RODGERS

Although it appears that the defendant is represented by counsel, the motion for review of the denial by the Superior Court in the judicial district of Waterbury of his "Motion for Discharge of Case" has been filed pro se. That motion for review is granted, but the relief sought therein is denied.

*Bruce E. Rodgers,* pro se, on the motion.

Submitted April 8—decided May 4, 1976

ROBERT V. DIBBLE ET AL. *v.* EUGENE STEPHENS

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*David S. Grossman,* in support of the petition.
*William W. Sullivan,* in opposition.